SCANNED

Appendix A: Sample Complaint and Civil Cover Sheet

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

PRO SE CIVIL COMPLAINT

Case No.
(the court will assign a number)

I.   CASE CAPTION: Parties to this Civil Action:

Pursuant to Fed. R. Civ. P. 10(a), the names of **all** parties must appear in the case caption.
The court will **not** consider a claim against any defendant who is not listed in the caption.

1.   Plaintiff(s) Name(s):   Address(es):   Telephone No. (only if **you are NOT** a prisoner)

FARANE M Abdi
237 high St Apt # 6
Portland, ME 04101

2.   Defendant(s) Name(s):   Address(es) If known:

Portland Housing Authority   14 Baxter Boulvard
Portland, ME 04101   (207) 221-8002.

24

(Attach extra sheets if necessary.)

## II. STATEMENT OF CLAIM(S)

State briefly the facts of your claim. Describe how each defendant is involved. You do not need to give legal arguments or cite cases or statutes. Use as much space as you need to state the facts. (Attach extra sheets if necessary.)

1. **When** did the events occur?

The Childern offten quarelled with other childern neighborhood, and his next door neighbor's was compling out Portland Housing Autbrioty.

2. **What** happened?

Childeren Fight

Calling names.

Portland Housing discriminated agenst me

I have been Kicked out from the house

25

## II. STATEMENT OF CLAIM(S) (continued)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## III. STATEMENT OF JURISDICTION

Check any of the following that apply to this case (you may check more than one):

    United States or a federal official or agency is a party

    Claim arises under the Constitution, laws or treaties of the United States

    Violation of civil rights

    Employment discrimination

    Diversity of Citizenship (a matter between citizens of different states in which the amount in controversy exceeds $75,000)

    Other basis for jurisdiction in federal court (explain below)

*I have been discriminate by Portland Housing.*

## IV. STATEMENT OF VENUE

State briefly the connection between this case and Maine. For example, does a party reside or do business in Maine? Is a party incorporated in Maine? Did an injury occur in Maine? Did the claim arise in Maine?

27

## V. RELIEF

State briefly what you want the court to do for you.

I am a Father of five childern. my childeren need housing. we all deserve a place to Live.

## VI. EXHAUSTION OF ADMINISTRATIVE PROCEDURES

Some claims, but not all, require exhaustion of administrative procedures. Answer the questions below to the best of your ability.

1. Have the claims which you make in this civil action been presented through any type of administrative procedure within any state or federal government agency?

    Yes        (No)

2. If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure:

3. If you answered no, give the reasons, if applicable, why the claims made in this action have not been presented through administrative procedures:

    No

28

VII. ARE YOU REQUESTING TRIAL BY A JURY OR BY A JUDGE? (check one):

    JURY          JUDGE

VIII. VERIFICATION

I (we) declare under penalty of perjury that the foregoing is true and correct.

Date(s) Executed:    Signature(s) of Plaintiff(s):

5/15/13    Ferhan abdi

Ferhan abdi

237 ~~[illegible]~~ HiGH St #6

Portland ME 04101

Note:

IF YOU CANNOT AFFORD TO PAY THE COURT'S FILING FEE UPON THE

FILING OF YOUR COMPLAINT, THERE IS A SEPARATE FORM TO BE USED FOR APPLYING TO PROCEED IN FORMA PAUPERIS.  Also, if there is more than one plaintiff in the case who wishes to proceed *in forma pauperis,* **each such plaintiff must submit a separate application to proceed *in forma pauperis.***